

United States District Court
Eastern District of California

UNITED STATES OF AMERICA

Plaintiff(s)

V.

SAMPATH RAJIDI & SREEDHAR MADA

Defendant(s)

Case Number: 2:26-cr-0027 TLN

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Cody L. Skipper hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Sampath Rajidi

On 12/31/2003 (date), I was admitted to practice and presently in good standing in the

US District Court Northern District of Texas (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 03/03/2026        Signature of Applicant: /s/ Cody L. Skipper

**Pro Hac Vice Attorney**

Applicant's Name: Cody L. Skipper

Law Firm Name: Law Office of Cody L. Skipper

Address: 717 N. Harwood St., Suite 2750

City: Dallas          State: TX     Zip: 75201

Phone Number w/Area Code: (214) 850-9229

City and State of Residence: Dallas Texas

Primary E-mail Address: cody@skipperdefense.com

Secondary E-mail Address: cody@skipperdefense.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David D. Fischer

Law Firm Name: Law Offices of David D. Fischer, APC

Address: 5701 Lonetree Blvd., Suite 311

City: Rocklin          State: CA     Zip: 95765

Phone Number w/Area Code: (916) 447-8600          Bar # 224900

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 9, 2026

_____
JUDGE, U.S. DISTRICT COURT