ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAMPATH RAJIDI & SREEDHAR MADA,<br><br>                    Defendants. | CASE NO.     2:26-CR-0027-TLN<br><br>STIPULATION REGARDING DEFENDANT'S INITIAL APPEARANCE; FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record, defendant Sampath Rajidi, by and through his counsel of record, and Defendant Sreedhar Mada, by and through his counsel of record, hereby stipulate as follows:

1.      The government filed a one-count Information against Mr. Rajidi and Mr. Mada on March 2, 2026.

2.      Both defendants are out of custody and have agreed through counsel to appear at an initial appearance date agreed to by the parties.

3.      After discussion, the parties agree that an Initial Appearance for this matter should be set on Friday, March 11, 2026 at 2:00 p.m. before the duty magistrate judge.

///

///

1

The parties therefore jointly request that the Court schedule this matter for an initial appearance at the above-noted date and time before the presiding Magistrate Judge.

IT IS SO STIPULATED

Dated:  March 6, 2026                                ERIC GRANT
                                                     United States Attorney


                                                     /s/ *J. Douglas Harman*
                                                     J. DOUGLAS HARMAN
                                                     Assistant United States Attorney


Dated:  March 6, 2026                                /s/ *Cody Skipper*
                                                     CODY SKIPPER
                                                     Attorney for Defendant
                                                     SREEDHAR MADA


Dated:  March 6, 2026                                /s/ *Chris Cannon*
                                                     CHRIS CANNON
                                                     Attorney for Defendant
                                                     SREEDHAR MADA

2

[PROPOSED] O R D E R

   IT IS HEREBY ORDERED that the initial appearance in case 2:26-CR-0027 TLN be set for **Wednesday, March 11, 2026, at 2:00 p.m.** before the presiding Magistrate Judge.

Dated:  March 6, 2026

HON. CHI SOO KIM
United States Magistrate Judge

3